IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NEVIS JENNINGS, JR., #151358,**<br>        **Plaintiff,** | )<br>)<br>) |
| **vs.** | )   **CIVIL ACTION 1:20-00325-KD-B**<br>) |
| **SEDRICK S. WOODGET,** *et al.*,<br>        **Defendants.** | )<br>)<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated November 3, 2020 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that: 1) Plaintiff's claims against Defendant Bullard are **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); 2) Plaintiff's claims against Defendants Bennett and Raybon are **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and 3) Plaintiff's claims against Defendant Woodget should proceed.

**DONE** and **ORDERED** this the **4th** day of **December 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**