IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NEVIS JENNINGS, JR.,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION 1:20-00325-KD-B<br>) |
| SEDRICK S. WOODGET,<br>    Defendant. | )<br>)<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 10, 2022, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Defendant Woodget's motion for summary judgment is **GRANTED** and this action is **DISMISSED with prejudice** in its entirety.

**DONE** and **ORDERED** this the **11th** day of **July 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**