# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NEVIS JENNINGS, JR.,** )<br>　　**Plaintiff,** )<br>　　　　　　　　　　　　　　　　　　)<br>**v.** 　　　　　　　　　　　　　　　　　)　　**CIVIL ACTION 1:20-00325-KD-B**<br>　　　　　　　　　　　　　　　　　　)<br>**SEDRICK S. WOODGET, et al.,** )<br>　　**Defendants.** 　　　　　　　　　　) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the **11th** day of **July 2022.**

　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**